FELIX J. DONNELLY, administrator *cum testamento annexo,* respondent,

*v.*

LAURENCE A. SLAUGHTER, receiver, &c., appellant.

[Decided September 27th, 1934.]

*Mr. John D. McMullin,* for the respondent.

*Messrs. Bourgeois & Coulomb,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Sooy, and reported in *114 N. J. Eq. 302.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ. 14.

*For reversal*—None.